United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10273-jkf
Joseph F McNamee                                                        Chapter 7
Celestine A McNamee
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1              Date Rcvd: Jun 24, 2019
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db/jdb         +Joseph F McNamee,    Celestine A McNamee,    437 Ridley Avenue,    Folsom, PA 19033-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
        GEORGE R. TADROSS    on behalf of Joint Debtor Celestine A McNamee gtadross@tadrosslaw.com,
         r55386@notify.bestcase.com;robin@tadrosslaw.com
        GEORGE R. TADROSS    on behalf of Debtor Joseph F McNamee gtadross@tadrosslaw.com,
         r55386@notify.bestcase.com;robin@tadrosslaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Mortgage Equity Conversion Asset Trust 2011-1 (aka
         Mortgage Equity Conversion Asset Trust 2011-1, Mortgage-Backed Securities 2011-1)   by U.S. Bank
         National Association as Co-Trustee bkgroup@kmllawgroup.com
        TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Joseph F McNamee and Celestine A McNamee           : Case No. 19–10273–jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 24, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

18
Form 195